Carpenter Baking Company, Respondent, vs. Bakery Sales Drivers Local Union No. 344 (A. F. of L.) and others, Appellants.

*March 14—October 7, 1941.*

368

For the appellants there were briefs by *Padway, Goldberg & Tarrell,* and oral argument by *I. E. Goldberg* and *David Previant,* all of Milwaukee.

For the respondent there were briefs by *Shaw, Muskat & Paulsen* of Milwaukee, and oral argument by *Martin R. Paulsen.*

The following memorandum was filed June 25, 1941:

PER CURIAM. Upon this appeal Mr. Justice FOWLER, Mr. Justice FAIRCHILD, and Mr. Justice MARTIN are of the opinion that the judgment should be affirmed. Mr. Chief Justice ROSENBERRY, Mr. Justice FRITZ, and Mr. Justice WICKHEM are of the view that the judgment should be reversed. This situation necessarily results in affirmance of the judgment appealed from. *Zohrlaut v. Mengelberg,* 148 Wis. 592, 134 N. W. 1135.

Judgment affirmed.

The following memorandum was filed October 7, 1941:

PER CURIAM (*on motion for rehearing.*) Mr. Justice FOWLER, Mr. Justice FAIRCHILD, and Mr. Justice MARTIN are of the view that the findings of fact of the lower court are not against the great weight and clear preponderance of the evidence. Mr. Chief Justice ROSENBERRY, Mr. Justice FRITZ, and Mr. Justice WICKHEM are of the contrary view.

The motion for a rehearing is denied with $25 costs.